UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SCOTT GLASGOW,　　　　　　　　　　　　　　　　Civ. No.: 08 Civ. 3578 (JSR)

　　　　　　　　　*Plaintiff,*　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

　　-against-

GROWING GENERATIONS, LLC,
FERTILITY FUTURES, LLC, STUART MILLER,
GAIL TAYLOR, KIM BERGMAN, WILLARD K. HALM,
TEO MARTINEZ, and VICKEN SAHAKIAN,

　　　　　　　　　*Defendants.*
------------------------------------------------------------------X

　　**JEFFREY T. ROSENBERG**, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age, and resides in the State of New York, County of New York.

2. On the 15th day of April, 2008, deponent served the within

**SUMMONS AND COMPLAINT**

upon

Ian Wallace, Esq.
501 Fifth Avenue, 19th Floor
New York, New York 10017

at the address shown above, by depositing a true copy of the same in a properly addresses envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
　　　　April 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Rosenberg

Sworn to before me this

21 day of April, 2008

WALKER G. HARMAN JR.
Notary Public, State Of New York
No. 02HA6051634
Qualified I. New York County
Commission Expires 12/04/