Walker G. Harman, Jr. (WH-8044)
THE HARMAN FIRM, P.C.
1350 Broadway, Suite 1510
New York, New York 10018
(Phone) (212) 425-2600; (Fax) (212) 971-0417
wharman@theharmanfirm.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SCOTT GLASGOW,

                                Plaintiff

          -against-

GROWING GENERATIONS, LLC, FERTILITY
FUTURES, LLC, STUART MILLER, GAIL TAYLOR,
KIM BERGMAN, WILLARD K. HALM, TEO
MARTINEZ, and VICKEN SAHAKIAN,

                                Defendants.
-----------------------------------------------------------------x

: ECF
: 2008 Civ. 3578

### NOTICE OF APPEARNACE

To the clerk of this court and all parties of record:

    PLEASE enter my appearance as co-counsel in this case for Plaintiff Scott Glasgow. I certify that I am admitted to practice in this court.

Dated: New York, New York
         April 22, 2008

                                                   PELTON SERPE LLP

                                                   /s/ Brent E. Pelton

                                                   Brent E. Pelton, Esq. (BP-1055)

Attorney for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006
(Phone) (212) 725-3600;
(Fax) (212) 385-4600
pelton@peltonserpe.com

2