UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   ECF CASE

SCOTT GLASGOW,                                                  Civil No. 08 Civ. 3578 (JSR)

                  Plaintiff,

       -against-                                             **DEFENDANTS' RULE 7.1**
                                                                 **DISCLOSURE STATEMENT**

GROWING GENERATIONS, LLC,
FERTILITY FUTURES, LLC,
STUART MILLER, GAIL TAYLOR,
KIM BERGMAN, WILLARD K. HALM,
TEO MARTINEZ and VICKEN SAHAKIAN,

                  Defendants.
-----------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants GROWING GENERATIONS, LLC and FERTILITY FUTURES INTERNATIONAL, LLC (incorrectly sued here as "FERTILITY FUTURES, LLC") disclose that they are not publicly held corporations and no publicly held corporation(s) holds any of their stock.

Dated:      New York, New York
                June 16, 2008

                                      **LAW OFFICES OF IAN WALLACE, PLLC**

                By:      _____/s/_____
                       IAN WALLACE (IW: 3100)
                       501 Fifth Avenue, 19th Floor
                       New York, N.Y. 10017
                       (212) 661-5306