UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x    ECF CASE

SCOTT GLASGOW,                                              Civil No. 08 Civ. 3578 (JSR)

                Plaintiff,

      -against-                                    **NOTICE OF APPEARANCE**

GROWING GENERATIONS, LLC,
FERTILITY FUTURES, LLC,
STUART MILLER, GAIL TAYLOR,
KIM BERGMAN, WILLARD K. HALM,
TEO MARTINEZ and VICKEN SAHAKIAN,

                Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants GROWING GENERATIONS, LLC, and FERTILITY FUTURES INTERNATIONAL, LLC (incorrectly sued here as "FERTILITY FUTURES, LLC), in the above-captioned action:

      Ian F. Wallace, Esq.
      Law Offices of Ian Wallace, PLLC.
      501 Fifth Avenue, 19th Floor
      New York, New York 10017
      Telephone: (212) 661-5306
      Facsimile: (646) 349-5308
      E-mail: ifw@wallacelaw-ny.com

Dated:      New York, New York
                June 16, 2008

                                  **LAW OFFICES OF IAN WALLACE, PLLC**

                By:      _____/s/_____
                                IAN WALLACE (IW: 3100)
                                501 Fifth Avenue, 19th Floor
                                New York, N.Y. 10017
                                (212) 661-5306