Jun 18 2008 12:04        UNITED PROCESS SERVICE IN   12126192288                    P.2

AO 440 (Rev. 8/01) Summons in a Civil Action                 Stuart Miller

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JUNE 13, 2008 at 2:30PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LEE LEAVITT | Registered/Bonded Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copy with Byron Potts, co-worker to defendant, at Growing Generations, LLC, 5757 Wilshire Blvd., Suite 601, Los Angeles, CA 90036  (M/W/BK HR/55/5'9"/185)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 19, 2008
              Date

Signature of Server
LEE LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #4016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PELTON SERPE LLP

---

SCOTT GLASGOW

                              Plaintiff(s)

- against -    Index # 08 CIV 3578

GROWING GENERATIONS, LLC, ETAL    Purchased April 14, 2008

                              Defendant(s)    Mail Date June 23, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to STUART MILLER at

GROWING GENERATIONS, LLC
5757 WILSHIRE BLVD
SUITE 601
LOS ANGELES, CA 90036

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JONATHAN GRABER |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 463724 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Jun 18 2008 12:34        UNITED PROCESS SERVICE IN    12126192288                 P.2

*Vicken Schakian*

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 17, 2008 at 10:15AM |
| NAME OF SERVER (PRINT) A.A. LEAVITT | TITLE Registered/Bonded Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left a copy with Nicole Molinar, co-worker to the defendant, at Fertility Cryobank, Pacific Fertility Center, 10921 Wilshire Blvd., Suite 700, Los Angeles, CA 90024 (F/W/BR HR/30/5'6"/140

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 19, 2008
        Date                                   Signature of Server
                                               A.A. LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #3120

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

SCOTT GLASGOW

Plaintiff(s)

- against -

Index # 08 CIV 3578

GROWING GENERATIONS, LLC, ETAL

Purchased April 14, 2008

Defendant(s)

Mail Date June 23, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to VICKEN SAHAKIAN at

FERTILITY CRYOBANK
PACIFIC FERTILITY CENTER
10921 WILSHIRE BLVD
SUITE 700
LOS ANGELES, CA 90024

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

JONATHAN GRABER
License #: 1102041
Invoice #: 463727

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Teo Martinez

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | JUNE 13, 2008 at 2:30PM |
| NAME OF SERVER (PRINT)<br>LEE LEAVITT | TITLE<br>Registered/Bonded Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copy with Byron Potts, co-worker to defendant, at Growing Generations, LLC, 5757 Wilshire Blvd., Suite 601, Los Angeles, CA 90036  (M/W/BK HR/55/5'9"/185)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 19, 2008
                   Date                                    Signature of Server
                                                           LEE LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #4016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

SCOTT GLASGOW

Plaintiff(s)

- against -

Index # 08 CIV 3578

Purchased April 14, 2008

GROWING GENERATIONS, LLC, ETAL

Defendant(s)

Mail Date June 23, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to TEO MARTINEZ at

GROWING GENERATIONS, LLC
5757 WILSHIRE BLVD
SUITE 601
LOS ANGELES, CA 90036

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JONATHAN GRABER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 463724 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Gail Taylor

%AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JUNE 13, 2008 at 2:30PM |
| NAME OF SERVER (PRINT)<br>LEE LEAVITT | TITLE Registered/Bonded Process Server |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copy with Byron Potts, co-worker to defendant, at Growing Generations, LLC, 5757 Wilshire Blvd., Suite 601, Los Angeles, CA 90036  (M/W/BK HR/55/5'9"/185)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 19, 2008
                    Date

Signature of Server
LEE LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #4016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

SCOTT GLASGOW

Plaintiff(s)

- against -

Index # 08 CIV 3578

GROWING GENERATIONS, LLC, ETAL

Purchased April 14, 2008

Defendant(s)

Mail Date June 23, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to GAIL TAYLOR at

GROWING GENERATIONS, LLC
5757 WILSHIRE BLVD
SUITE 601
LOS ANGELES, CA 90036

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JONATHAN GRABER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 463724 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

05/27/2008  13:05   2122190070

Kim Bergman

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 13, 2008 at 2:30PM |
| NAME OF SERVER (PRINT)<br>LEE LEAVITT | TITLE Registered/Bonded Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copy with Byron Potts, co-worker to defendant, at Growing Generations, LLC, 5757 Wilshire Blvd., Suite 601, Los Angeles, CA 90036 (M/W/BK HR/55/5'9"/185)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 19, 2008
             Date                    Signature of Server
                                     LEE LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #4016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: PELTON SERPE LLP

SCOTT GLASGOW

                Plaintiff(s)

- against -

            Index # 08 CIV 3578

GROWING GENERATIONS, LLC, ETAL

         Purchased April 14, 2008

                Defendant(s)

         Mail Date June 23, 2008

         **AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to KIM BERGMAN at

GROWING GENERATIONS, LLC
5757 WILSHIRE BLVD
SUITE 601
LOS ANGELES, CA 90036

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JONATHAN GRABER |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 463724 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

Jun 18 2008 12:04      UNITED PROCESS SERVICE IN   12126192288                p.3

Willard K. Halm

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 13, 2008 at 2:30PM |
| NAME OF SERVER (PRINT) LEE LEAVITT | TITLE Registered/Bonded Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left copy with Byron Potts, co-worker to defendant, at Growing Generations, LLC, 5757 Wilshire Blvd., Suite 601, Los Angeles, CA 90036  (M/W/BK HR/55/5'9"/185)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 19, 2008
                  Date               Signature of Server
                                     LEE LEAVITT

Address of Server
1111 WEST SIXTH STREET, SUITE 301
LOS ANGELES, CALIFORNIA 90017
213/482 1007
REGISTERED/BONDED LOS ANGELES COUNTY #4016

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PELTON SERPE LLP

SCOTT GLASGOW

Plaintiff(s)

- against -

Index # 08 CIV 3578

Purchased April 14, 2008

GROWING GENERATIONS, LLC, ETAL

Defendant(s)

Mail Date June 23, 2008

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 23, 2008 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to WILLARD K. HALM at

GROWING GENERATIONS, LLC
5757 WILSHIRE BLVD
SUITE 601
LOS ANGELES, CA 90036

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: June 23, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | JONATHAN GRABER |
| --- | --- | --- | --- |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1102041 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 463724 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728